NEW JERSEY RACING COMMISSION v. HERVE FILION.

November 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CESAR AMADOR.

November 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WADE.

November 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS VETERE.

November 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. REGINALD LEACH.

November 1, 1983.

Petition for certification denied.